# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00064 |
| | ) | Judge Trauger |
| ROBERT LEE ARCHIBALD, JR., a/k/a "CHAN", | ) | |
| LOLETHIA MUSE, and | ) | |
| DUANTEZ CORNELL JENKINS | ) | |

## O R D E R

The Motion to Continue Trial filed by defendant Archibald (Docket No. 200) and joined in by the other two defendants and the government, is **GRANTED**, conditioned upon the filing of waivers of speedy trial by the other two defendants. By separate order, the case is being reset for trial on April 9, 2013.

It is so **ORDERED**.

ENTER this 2nd day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge