IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00064 |
| | ) | Judge Trauger |
| ROBERT LEE ARCHIBALD, JR., a/k/a "CHAN", | ) | |
| LOLETHIA MUSE, and | ) | |
| DUANTEZ CORNELL JENKINS | ) | |

**O R D E R**

The Motion to Continue Hearing filed by defendant Archibald is **DENIED**, but counsel for defendant Archibald are excused from appearance at the hearing. Defendant Archibald has moved to continue the trial, filing a waiver of speedy trial in support. The court's concern is with the position of the other two defendants as to defendant Archibald's Motion to Continue.

It is so **ORDERED**.

ENTER this 21st day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge