UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 3/29/13 at 1:30 p.m.

UNITED STATES OF AMERICA

V

DUANTEZ CORNELL JENKINS,
        Defendant

Case No. 3:10-cr-00064
JUDGE TRAUGER

MOTION TO RESCHEDULE PLEA HEARING

A plea hearing has been scheduled in this case for 3/26/2013 at 3:30 p.m.

Because of a sickness in my family that needs my attention, I respectfully ask the court to reschedule this hearing and to set it at a time convenient for the court on Thursday, March 28, 2013 or Friday, March 29, 2013. My preference would be the latter date.

        Respectfully submitted,

        /s/ Joseph F. Edwards

        Joseph F. Edwards
        Attorney & Counselor at Law
        1957 Benson Road
        Cookeville, TN 38506
        931-537-9154
        jedwardsjd@frontiernet.net
        Date: 3/25/13

**Certificate of Service:** I certify that a copy of this motion to reschedule plea hearing will be served upon all counsel of record upon the filing of this motion by the electronic case management system this date, March 25, 2013.

        /s/ Joseph F. Edwards